1
2
3
4
5
6
7
8
9
10
11
12
13

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAN PATRICK DOYLE, | ) Case No.: 5:12-cv-02769-PSG |
| Plaintiff, | ) **ORDER REASSIGNING CASE** |
| v. | ) **(Re: Docket No. 1)** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS; M. SEPULVEDA, Chief Medical Officer; G. ELLIS, Chief Executive Officer; M. KUERSTEN, M.D.; J.D. ZAMOLA, Chief, California Prison Health Care Services; J. CLARKE KELSO, Court Appointed Receiver, California Prison Health Care Services; DOE NO. 1 THROUGH DOE NO. 20, | ) |
| Defendants. | ) |

Represented Defendant Damon T. Hininger incorrectly noted on the cover sheet that this matter is designated as "NOS 440 Other Civil Rights," and not a pro se prisoner civil rights matter. Therefore, the court ORDERS this case reassigned and properly designated.

1

Case No.: 5:12-cv-02769-PSG
**ORDER REASSIGNING CASE**

1   **IT IS SO ORDERED.**

2   Dated: 6/5/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 5:12-cv-02769-PSG
**ORDER REASSIGNING CASE**