IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK DOYLE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. C 12-2769 YGR (PR)<br><br>[PROPOSED] ORDER ON THE CDCR DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

　　The CDCR Defendants seek a sixty-day extension of time to file a dispositive motion in this case. Having read the motion, and good cause appearing, the CDCR Defendants' motion is GRANTED. The CDCR Defendants may file a dispositive motion on or before November 15, 2013. Plaintiff's opposition shall be filed within thirty days after the filing of the CDCR Defendants' motion. The CDCR Defendants may file and serve a reply brief fifteen days after the filing of Plaintiff's opposition.

**IT IS SO ORDERED.**

Dated: __October 21, 2013__　　　　　　　　　　_/s/ Yvonne Gonzalez Rogers_
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Yvonne Gonzalez Rogers

1