**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SEAN PATRICK DOYLE,** | Case No.: 12-CV-2769 YGR |
| **Plaintiff,** | **ORDER RE: ADMINISTRATIVE MOTIONS** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS,** *et al.*, | |
| **Defendants.** | |

Defendants' joint administrative motion seeking relief from the Court's earlier order that they file any dispositive motions jointly (Dkt. No. 116) is **DENIED AS MOOT** in light of defendants' filing of a joint, 18-page dispositive motion on June 6, 2014 (Dkt. No. 123 ("Joint Motion").

The parties' joint administrative motion to continue the deadline to complete a mandatory settlement conference currently set for June 26, 2014 (Dkt. No. 117) is **GRANTED**. No mandatory settlement conference shall be required, if at all, until after resolution of the pending Joint Motion.

This Order terminates Dkt. Nos. 116 and 117.

**IT IS SO ORDERED**.

Date: June 9, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**