UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SEAN PATRICK DOYLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>　　　　Defendants.<br>_____/ | No: 12-CV-2769 YGR (NJV)<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND STATUS CONFERENCE |

　　This case is currently set for a settlement conference on June 26, 2014, in San Francisco. It is also set for a telephonic status conference on June 24, 2014. On June 9, 2014, District Judge Koh entered an order granting the parties' request to continue the deadline to complete a mandatory settlement conference until after the resolution of the pending Joint Motion. (Doc. 124.)

　　Accordingly, the currently set settlement conference and status conference are HEREBY VACATED. The parties are instructed to contact the Court should they wish to reschedule a settlement conference in the future.

IT IS SO ORDERED.

Dated: June 18, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge