United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN PATRICK DOYLE,** | **Case No.: 12-CV-2769 YGR** |
| **Plaintiff,** | |
| v. | **ORDER DENYING WITHOUT PREJUDICE DEFENDANT CCA'S MOTION TO DISMISS** |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS,** *et al.*, | |
| **Defendants.** | |

On November 26, 2014, defendant Correctional Corporation of America ("CCA") filed a motion to dismiss plaintiff's first amended complaint. (Dkt. No. 149.)  On December 8, 2014, plaintiff Sean Doyle filed a motion for leave to file a second amended complaint (Dkt. No. 152); the first amended complaint having been dismissed as set forth in this Court's Order of October 31, 2014 (Dkt. No. 144.)

Accordingly, CCA's motion to dismiss is **DENIED** without prejudice.  Defendant CCA is free to challenge plaintiff's motion for leave to file a second amended complaint, or, if leave to file the second amended complaint is granted, to respond to the second amended complaint.

**IT IS SO ORDERED**.

Date: December 16, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**