UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN PATRICK DOYLE**,<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, ET AL.**,<br><br>Defendants. | Case No. 12-cv-02769-YGR<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE VADAS FOR MANDATORY SETTLEMENT CONFERENCE; SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Vadas to conduct a settlement conference by no later than April 16, 2015.

Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates. The parties will be advised of the date, time and place of the settlement conference by notice from the assigned magistrate judge.

In addition, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on **Monday, February 23, 2015**, at **2:00 p.m.**, at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland in Courtroom 1.

The parties shall file a joint case management conference statement seven days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters

referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED.**

Dated: January 16, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**