United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN PATRICK DOYLE**,<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, ET AL.**,<br><br>Defendants. | Case No. 12-cv-02769-YGR<br><br>**ORDER TO SHOW CAUSE; ORDER REGARDING POTENTIAL STAY OF DISCOVERY** |

On February 23, 2015, the Court held a Case Management Conference in this case. Despite filing a joint case management statement in preparation therefor, counsel for plaintiff failed to appear. Accordingly, plaintiff's counsel are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to appear for the case management conference.

A hearing on this Order to Show Cause will be held on **Friday, March 20, 2015** on the Court's **8:00a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.[1] The appearance at such hearing is waived for defense counsel.

By no later than **March 13, 2015**, counsel for plaintiff must file either (1) a statement setting forth the reasons for their absence at the case management conference and good cause why sanctions should not issue; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to appear. If the Court is satisfied with the response of counsel, counsel need not appear and the hearing will be taken off calendar. Otherwise, plaintiff's counsel

---

[1] Due to the Court's trial schedule, this date differs from the date originally set during the February 23, 2015 case management conference.

must personally appear at the hearing.  Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

In addition, no later than **March 13, 2015**, the parties shall file on the docket a joint statement and proposed form of order regarding whether discovery in this action should be stayed pending the mandatory settlement conference.

**IT IS SO ORDERED.**

Dated: March 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**