# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Patrick Doyle,<br><br>  Plaintiff,<br><br>v.<br><br>California Department of Corrections and Rehabilitations; M. Sepulveda, Chief Medical Officer; G. Ellis, Chief Executive Officer; M. Kuersten, M.D.; J.D. Zamola, Chief, California Prison Health Care Services; J. Clarke Kelso, Court Appointed Receiver, California Prison Health Care Services; Doe No. 1 through Doe No. 20,<br><br>  Defendants. | Case No. 5:12-cv-02769-YGR-NJV<br><br>[~~PROPOSED~~] JUDGMENT |

Having granted Defendant Corrections Corporation of America's Motion to Dismiss (Doc. 149) by Order dated January 16, 2015 (Doc. 165), having reviewed Plaintiff's Motion for Entry of Rule 54(b) Judgment, and there being no just reason for delay, the Court therefore expressly directs that judgment be entered.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

Granting judgment in favor of Defendant Corrections Corporation of America and against Plaintiff on all claims, with prejudice.

Dated: April 8, 2015

_____
Yvonne Gonzalez Rogers
United States District Judge