UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SEAN PATRICK DOYLE**,

Plaintiff,

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**, ***et al.***,

Defendants.

Case No. 12-cv-2769-YGR

**ORDER ON MAGISTRATE JURISDICTION; SETTING COMPLIANCE HEARING**

**TO ALL PARTIES AND COUNSEL OF RECORD**:

The parties are advised that the Court will be engaged in a criminal trial during the month of December and unable to conduct the instant civil trial. The Court has consulted other judicial officers and has confirmed availability of the following magistrate judges for a trial to begin on the scheduled date of December 1, 2015: Magistrate Judge Beeler, Magistrate Judge Corley, and Magistrate Judge Westmore.

The parties are **ORDERED** to review the attached profiles of the referenced magistrate judges, share the information with their clients, and meet and confer as to whether you will consent to their jurisdiction for all purposes, including trial.

The Court also **SETS** a compliance hearing regarding the parties' consent to magistrate jurisdiction to be held on **Friday, November 6, 2015** on the 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  No later than Friday, October 30, 2015, the parties shall file a JOINT STATEMENT either: (a) confirming they met and conferred regarding magistrate jurisdiction and informing the Court of their decision; or (b) setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: October 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**