**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SEAN PATRICK DOYLE,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,** *et al.*,<br><br>    **Defendants.** | Case No.:  12-CV-2769 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

    The Court understands, based upon the minute entry of proceedings held before Magistrate Judge Vadas (Dkt. No. 210), that the above-captioned case has settled.  Accordingly, all pending motion, case management, and trial dates are **VACATED**.  The compliance hearing currently set for Friday, November 6, 2015 is likewise **VACATED**.

    A compliance hearing regarding settlement shall be held on the Court's **9:01 a.m.** calendar on **Friday, February 5, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

    By January 29, 2016, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

    Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

    **IT IS SO ORDERED**.

Dated: November 2, 2015

                                                                 **YVONNE GONZALEZ ROGERS**
                                                                  **UNITED STATES DISTRICT COURT JUDGE**